**Supreme Court**
No. 2023-344-M.P.

In the Matter of James S. Lawrence.          :

# O R D E R

On December 4, 2023, this Court entered an Order disbarring Mr. James S. Lawrence after receiving his Affidavit Voluntarily Consenting to Disbarment, which was filed with the Court on November 15, 2023. *In the Matter of James S. Lawrence*, No. 2023-344-M.P, slip op. at 1 (R.I. Dec. 4, 2023). Per a prior Order of the Court entered on April 20, 2023, Mr. Lawrence was suspended indefinitely from the practice of law. *In re Lawrence*, 291 A.3d 1012, 1012 (R.I. 2023) (mem.). In the latter Order, the Court had appointed Attorney Matthew F. Callaghan, Jr., as Special Master to take possession of and inventory Mr. Lawrence's client files and banking accounts, and empowered the Special Master to take whatever steps necessary to protect the clients' interest; including, but not limited to returning files to the clients or new counsel of each client's choice. The Special Master position has been vacant since August 26, 2023.

The Court hereby appoints the Honorable Michael A. Silverstein, Special Master of Accounts and Marshalling Assets, over Mr. Lawrence's and his former firm, Lawrence and Associates' (a.k.a. Lawrence and Associates, LLC), trust and

operating accounts. Regarding said bank accounts, the Special Master is given sole and exclusive access to the following accounts heretofore controlled by Mr. James Lawrence, either solely or jointly with any other parties: business and operating accounts; trust accounts, including special trust accounts; special needs trust accounts; clients' accounts; estate accounts; and any and all other accounts related to Mr. Lawrence's former law practice that he has in the past utilized for the deposit and maintenance of fiduciary and/or clients' funds and fee advances. The foregoing list of accounts shall also include any accounts where Mr. Lawrence formerly served as an agent, special agent, trustee, personal representative, executor, power of attorney, or custodian. The Special Master shall have sole control over these above-described accounts, to the exclusion of Mr. Lawrence, until further order of this Court. By this Order, the Court prohibits Mr. Lawrence or any of his agents from withdrawing or transferring funds from any of the aforementioned accounts.

The Special Master shall also marshal any assets of Mr. Lawrence's former law firm and liquidate said assets, to make additional funds available to pay the verified claims of Mr. Lawrence's former clients.

The Court also hereby orders Mr. Lawrence to fully cooperate with the Special Master of Accounts and Marshalling Assets, to assist them and their agents in effectuating their duties and directs that any lack of cooperation on Mr. Lawrence's behalf be reported to this Court for further action.

The Court also orders the Special Master of Accounts and Marshalling Assets to investigate and report to the Court about Mr. Lawrence's 2023 conveyance of the title to his residence as a fraudulent conveyance designed to defeat his creditors.

The Court also hereby appoints Chief Disciplinary Counsel, Kerry Reilley Travers, and her successor, Special Master of Client Files, to store and return client files to the former clients of Mr. Lawrence. The Court also authorizes Disciplinary Counsel to destroy any files remaining in her or her successor's possession on or after April 20, 2033.

The Court also grants Disciplinary Counsel authority to share the contents of said client files with the Special Master of Accounts and Marshalling Assets, to the extent necessary to allow both Special Masters to fully execute their duties.

Entered as an Order of this Court this 19th day of December 2023.

By Order:

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of James S. Lawrence. | |
| **Case Number** | No. 2023-344-M.P. | |
| **Date Order Filed** | December 19, 2023 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>William C. Dimitri, Esq. | |